■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAR PERKINS, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Eiber, J.), imposed March 18, 1980, upon his adjudication as a second felony offender. Sentence reversed, on the law, the second felony offender adjudication is vacated, and the case is remitted to Criminal Term for resentencing. Defendant did not admit every element of the prior felony at the plea allocution upon which the prior felony conviction was based. Therefore, that conviction cannot serve as a basis for a second felony adjudication. Titone, J. P., Rabin, Gulotta and Weinstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT RIVERS, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Kooper, J.), rendered January 10, 1980, convicting him of murder in the second degree and criminal possession of a dangerous weapon in the second degree, upon a jury verdict, and imposing sentence. Judgment reversed, on the law, and new trial ordered. No issue has been presented with respect to the facts upon which the judgment is based. The court's instruction to the jury that they could consider testimony of an earlier gun possession for the purposes of establishing identity and intent was error. (See *People v Molineux,* 168 NY 264.) We have considered appellant's other contentions and find them to be without merit. Hopkins, J. P., Damiani, Gibbons and Weinstein, JJ., concur.